Joseph Kopald, and E. Kopald, Doing Business as Nu-Way Siding and Construction Co., Appellants, v. Alexander J. O'Gradney et al., Appellees.

Gen. No. 46,535. (Abstract of Decision.)

First District, Second Division.

June 28, 1955.

Rehearing denied August 2, 1955.

Released for publication September 13, 1955.

19

Harry E. Kopald, for appellants; Morris K. Levinson, of counsel; Bryant, Colwell & Wells, for appellees; Christopher E. Jones, of counsel. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.